# United States Court of Appeals for the Fifth Circuit

———————

No. 21-51027
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**
April 26, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

James Edward Cox,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:17-CR-346-1

_____

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:[*]

James Edward Cox, federal prisoner # 33500-058, appeals the denial of his motion for compassionate release, filed pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Cox contends that the district court neglected to articulate specific factual reasons reflecting that it had considered all seven

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-51027

of the 18 U.S.C. § 3553(a) factors and that it misapplied those factors that it did consider.

We review the district court's denial of a compassionate release motion for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020). The district court was not required in its reasons for denial to expressly address each § 3553(a) factor. *See* 18 U.S.C. § 3582(c)(1)(A)(i). Here, the record sufficiently supports the court's conclusion that the § 3553(a) factors weighed against Cox's release. *See Chavez-Meza v. United States*, 138 S. Ct. 1959, 1965 (2018). His disagreement with how the district court balanced the § 3553(a) factors does not merit reversal. *See Chambliss*, 948 F.3d at 694.

The district court's judgment is AFFIRMED.